UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BILLY BEDFORD,

    Plaintiff,

v.                        Case No. 3:04-cv-1207-J-12MCR

JOANNE B. BARNHART, etc.,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc.20) of the United States Magistrate Judge, filed November 30, 2005. The Plaintiff appealed an administrative decision denying his application for social security benefits. The United States Magistrate Judge reviewed the record, the briefs, and the applicable law, and for the reasons set forth in the Report and Recommendation (Doc.20) recommends that the decision of the Commissioner of the Social Security Administration be affirmed.

In addition, the United States Magistrate Judge informed the parties, that

> [s]pecific written objections may be filed in accordance with 28 U.S.C. §636 and Rule 6.02 Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

Report and Recommendation (Doc.20) at p.1, n.1. As of the date of this Order, neither party has filed any objections to the Report and Recommendation (Doc.20).

Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.  That the Court adopts the Report and Recommendation (Doc.20) of the United States Magistrate Judge; and

2.  That the decision of the Commissioner of the Social Security Administration is affirmed and the Clerk is directed to close the case.

**DONE AND ORDERED** this ___4th___ day of January 2006.

*Howell W. Melton*
Senior United States District Judge

Copies to:   Hon. Monte C. Richardson,
United States Magistrate Judge
Counsel of Record